UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR   3:25-cr-30004 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | Assaulting, Resisting and Impeding a Federal Officer |
| LONNIE RUNNING BEAR, JR., | (18 U.S.C. § 111(a)) |
| Defendant. | |

The Grand Jury charges:

COUNT I

On or about November 21, 2024, in Todd County, in the District of South Dakota, the defendant, Lonnie Running Bear, Jr., did forcibly assault, resist, oppose, impede, intimidate, and interfere with Sergeant Waycee His Holy Horse, while Sergeant Waycee His Holy Horse was a law enforcement officer employed by the Rosebud Sioux Tribe, pursuant to a contract of the Rosebud Sioux Tribe with the United States Department of Interior, Bureau of Indian Affairs, granting authority under 25 U.S.C. § 2804 to perform law enforcement functions, and while Sergeant Waycee His Holy Horse was engaged in the performance of his official duties, and said conduct did involve physical contact, in violation of 18 U.S.C. § 111(a).

COUNT II

On or about November 21, 2024, in Todd County, in the District of South Dakota, the defendant, Lonnie Running Bear, Jr., did forcibly assault, resist,

oppose, impede, intimidate, and interfere with Corrections Officer Ashton Eagle Bear, while Corrections Officer Ashton Eagle Bear was a law enforcement officer employed by the Rosebud Sioux Tribe, pursuant to a contract of the Rosebud Sioux Tribe with the United States Department of Interior, Bureau of Indian Affairs, granting authority under 25 U.S.C. § 2804 to perform law enforcement functions, and while Corrections Officer Ashton Eagle Bear was engaged in the performance of his official duties, and said conduct did involve physical contact, in violation of 18 U.S.C. § 111(a).

A TRUE BILL:

**[Name Redacted]**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____